THE STATE OF OHIO, APPELLEE, *v.* WOZNIAK, APPELLANT.

[Cite as *State v. Wozniak* (2001), 93 Ohio St.3d 173.]

(Nos. 00–2014 and 00–2157—Submitted January 9, 2001—Decided September 19, 2001.)

The judgment of the court of appeals is affirmed on the authority of *State v. Thompson* (2001), 92 Ohio St.3d 584, 752 N.E.2d 276.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

*Ron O'Brien*, Franklin County Prosecuting Attorney, and *Sarah W. Thompson*, Assistant Prosecuting Attorney, for appellee.

*David L. Strait*, Franklin County Public Defender, for appellant.